CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
Matthew G. Roseman, Esq. (MR 1387)
C. Nathan Dee, Esq. (CD 9703)

Proposed Attorneys for Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,   Case Nos. 09-78585 (AST)
                                                 09-78584 (AST)
                                                 09-78589 (AST)
                                                 09-78586 (AST)
                                                 09-78587 (AST)
                                                 09-78588 (AST)
                                                 09-78590 (AST)

                    Debtors.
------------------------------------------------------------x

## NOTICE OF HEARING

To all creditors and parties in interest:

PLEASE TAKE NOTICE that a case status conference for the above referenced debtors and debtors in possession will be held on February 24, 2010 at 2:00 p.m. before the Honorable Alan A. Trust, United States Bankruptcy Judge for the Eastern District of New York, at the United States Courthouse located 290 Federal Plaza, Central Islip, New York 11722, Courtroom 960.

Dated: Garden City, New York               CULLEN AND DYKMAN LLP
       December 23, 2009

                                           By:___s/ C. Nathan Dee____
                                           Matthew G. Roseman, Esq. (MR 1387)
                                           C. Nathan Dee, Esq. (CND 9703)
                                           100 Quentin Roosevelt Boulevard
                                           Garden City, New York 11530
                                           (516) 357-3700