UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

In Re:                                                    CHAPTER 11
Global Container Lines. Ltd., Shiptrade, Inc., Shipping Corp.,    Case No.:809-78585-ast
Redstone Shipping Corp., Gilmore Shipping Corp., Global               809-78584
Progress, LLC., and Global Prosperity, LLC.                          809-78589
                                                                    809-78586
                                            Debtors.                809-78587
---------------------------------------------------------------------X    809-78588
                                                                    809-78590

### APPOINTMENT OF THE OFFICIAL CONSOLIDATED COMMITTEE
### OF UNSECURED CREDITORS

Under 11 U.S.C. section 1102(a)(1), the following creditors of the above captioned debtor, being among the largest unsecured claimants and who are willing to serve, are appointed to the Official Committee of Unsecured Creditors:

1. Blue Sea Capital
   62 Southfield Avenue
   Building 2, Suite 214
   Stanford, CT 06902
   Attn: Matt McCleery, President
   (202) 550-2626
   (202) 406-0110 (fax)
   mmcclerry@marinemoney.com

2. Briarcliff Ltd
   c/o Akin Gump, Strass, Hauer
   One Bryant Park
   New York, New York 10036
   Attn: Heidi Liss, Esq.
   (212) 872-1047
   hliss@akingump.com

3. Key Equipment Finance, Inc.,
   66 South Pearl Street
   Albany, New York 12207
   Attn: Richard B. Saulsbery, VP
   (518) 257-8542
   richard_b_saulsberg@keybank.com

Dated: Central Islip, New York
       December 29, 2009

                                            */s/Christine H. Black*
                                            Christine H. Black
                                            Assistant United States Trustee